**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **CASE NO. 19-04632 ESL** |
| **JORGE ANTONIO LUBE-LEBRON** | **CHAPTER 13** |
| **Debtor** | |

**MOTION FOR RECONSIDERATION**

**TO THE HONORABLE COURT:**

Comes now Debtor in the instant case, thru the undersigned attorney, and respectfully prays:

1. On October 16th, 2019 a confirmation hearing was held in the instant case. The minutes (Dkt. #25) of said hearing show that the case was dismissed for the reasons therefore stated. We respectfully request the Court to reconsider its ruling for the reasons expressed below.

2. The Court's ruling to dismiss the case was based on two reasons: 1) Debtor's failure to make current payments to the Chapter 13 Trustee; and 2) Debtor's failure to appear at te confirmation hearing.

3. As to the first reason, the same has been cured. Debtor has made the payments in arrears and his account with the Trustee is current. Evidence of payments is enclosed as Exh. #1 and #2.

4. As to the second reason, we respectfully request the indulgence of the Court for our failure to appear. On September 23rd, 2019, we had requested continuance of both the 341 meeting and the confirmation hearing (Dkt. #18). As it appears from docket #21, the confirmation hearing was continued to November 26th, 2019.

5. Given the continuance of the 341 meeting, we assumed that the confirmation hearing would be continued as well and consequently did not appeared at the confirmation hearing held on October 16th, 2019.

6. Again, we apologize for our failure to appear. It was a mistake without purpose of evading the responsibilities with the Court or the other participants in the process.

7. As to the issues with the confirmation of the plan, we are working with Debtor to cure whatever deficiencies the plan may have before the meeting of creditors in November.

**Wherefore**, it is respectfully requested from this Honorable Court to take notice of the information provided, reconsider the dismissal of the case at docket #25 and allow the case to continue its course.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of October 2019.

/s/ David Carrión Baralt
DAVID CARRION BARALT
USDC-PR #207214
PO Box 364463
San Juan, PR 00936-4463
TEL. (787) 758-5050
FAX. (787) 296-3434
davidcarrionb@aol.com

**CERTIFICATE OF SERVICE**

    I David Carrión Baralt, attorney for Debtor in this matter, hereby certify that on the 23rd day of October 2019, the preceding document was served on Clerk of the US Bankruptcy Court, for the District of Puerto Rico electronically, using the CM/ECF system, which automatically serves copy upon all parties in interest and to the US Trustee.

    /s/ David Carrión Baralt
    DAVID CARRION BARALT