IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-04632-ESL13 |
| JORGE ANTONIO LUBE LEBRON | Chapter 13 |
| xx-xx-2282 | |
| Debtor(s) | FILED & ENTERED ON NOV/21/2019 |

ORDER AND NOTICE

A Confirmation Hearing is hereby scheduled for February 19, 2020 at 3:00 PM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico; to consider the following:

1. Chapter 13 Plan dated 9/23/2019 (#17)

2. Objection to Confirmation filed by Banco Santander de PR (#19)

3. Objection to Confirmation filed by Firstbank de PR (#22)

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of November, 2019.

*Enrique S. Lamoutte*
United States Bankruptcy Judge